1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (ILBN 6273413)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5595
7     Facsimile: (408) 535-5066
      joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

MAR 1 2 2013

RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 5:13-MJ-70031 HRL
                                     )
15        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING APPEARANCE
16  v.                               )   DATE AND EXCLUDING TIME FROM
                                     )   THE SPEEDY TRIAL ACT
17                                   )   CALCULATION (18 U.S.C.
    JASON KEITH SMITH,               )   § 3161(h)(8)(A))
18                                   )
          Defendant.                 )
19  _____)

20
          This matter is scheduled before the Court for an preliminary hearing or arraignment on

21
    Marc 14, 2013. On January 14, 2013, this Court issued a criminal complaint against the

22
    defendant related to a violation of 18 U.S.C. 875(c) - Interstate Communications of a Threat.

23
    The defendant, who resides in the Eastern District of Michigan, was arrested and made an initial

24
    appearance on January 22, 2013 in Detroit before United States Eastern District of Michigan

25
    Magistrate Judge Laurie J. Michelson. The defendant is currently represented by Eastern District

26
    of Michigan Assistant Federal Public Defenders Penny R. Beardslee and Loren E. Khogali. On

27
    January 23, 2013, Judge Michelson ordered the defendant released pursuant to conditions,

28
    STIPULATION AND [PROPOSED] ORDER
    CR 5:13-MJ-70031 HRL

1    ordered the defendant be transferred to the Northern District of California for further

2    proceedings, excluded time, and ordered the defendant to appear in the Northern District of

3    California on March 14, 2013 at 9 a.m.

4           The United States and the defendant now request a continuance until May 23, 2013. in

5    order to afford defense counsel additional time to effectively prepare and also to allow the parties

6    an opportunity to discuss a potential pre-indictment resolution of the mattter.  The parties agree,

7    and the Court finds and holds, as follows:

8           1.     The preliminary hearing or arraignment is continued to May 23, 2013.

9           2.     Time should be excluded under Rule 5.1 from March 14, 2013 to May 23, 2013 in

10   order to allow defense counsel additional time to effectively prepare and also to allow the parties

11   an opportunity to discuss a potential pre-indictment resolution of the mattter.  The parties agree

12   that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18

13   U.S.C. § 3060.

14          3.     The time between March 14, 2013 to May 23, 2013 is excluded under the Speedy

15   Trial Act.  The parties agree that the failure to grant the requested continuance would

16   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

17   into account the exercise of due diligence.  Finally, the parties agree that the ends of justice

18   served by granting the requested continuance outweigh the best interest of the public and the

19   defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §

20   3161(h)(8)(A).

21   STIPULATED:

22   DATED:___3/11/13_____                    _____/s/_____
                                                 PENNY R. BEARDSLEE
23                                               LOREN E. KHOGALI
                                                 E.D. Michigan Assistant Federal Public Defenders
24                                               for Defendant Smith

25   DATED:___3/11/13_____                    _____/s/_____
                                                 JOSEPH FAZIOLI
26                                               Assistant United States Attorney

27   IT IS SO ORDERED.

28
     STIPULATION AND [PROPOSED] ORDER
     CR 5:13-MJ-70031 HRL

1   DATED: 3/12/13

2                           HOWARD R. LLOYD
                            UNITED STATES MAGISTRATE JUDGE
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28