MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (ILBN 6273413)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5595
    Facsimile: (408) 535-5066
    joseph.fazioli@usdoj.gov

Attorneys for the United States

FILED

MAY 23 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ) <br> JASON KEITH SMITH, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 5:13-MJ-70031 HRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    This matter is scheduled before the Court for an preliminary hearing or arraignment on May 23, 2013. On January 14, 2013, this Court issued a criminal complaint against the defendant related to a violation of 18 U.S.C. 875(c) - Interstate Communications of a Threat. The defendant, who resides in the Eastern District of Michigan, was arrested and made an initial appearance on January 22, 2013 in Detroit before United States Eastern District of Michigan Magistrate Judge Laurie J. Michelson. The defendant is currently represented by Northern District of California Assistant Federal Public Defender Diana Garrido and Eastern District of Michigan Assistant Federal Public Defenders Penny R. Beardslee and Loren E. Khogali. On January 23, 2013, Judge Michelson ordered the defendant released pursuant to conditions,

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL

ordered the defendant be transferred to the Northern District of California for further proceedings, excluded time, and ordered the defendant to appear in the Northern District of California on March 14, 2013 at 9 a.m. That initial appearance date was subsequently continued via the parties stipulation to May 23, 2013.

The United States and the defendant now request a continuance until July 25, 2013 in order to afford defense counsel additional time to effectively prepare and also to allow the parties an opportunity to discuss a potential pre-indictment resolution of the mattter. The parties agree, and the Court finds and holds, as follows:

1. The preliminary hearing or arraignment is continued to July 25, 2013.

2. Time should be excluded under Rule 5.1 from May 23, 2013 to July 25, 2013 in order to allow defense counsel additional time to effectively prepare and also to allow the parties an opportunity to discuss a potential pre-indictment resolution of the mattter. The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

3. The time between May 23, 2013 to July 25, 2013 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §

//
//
//
//
//
//
//
//

1  3161(h)(8)(A).

STIPULATED:

DATED: 5/22/13

     /s/
DIANA GARRIDO
PENNY R. BEARDSLEE
LOREN E. KHOGALI
Assistant Federal Public Defenders
for Defendant Smith

DATED: 5/22/13

     /s/
JOSEPH FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/23/13

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL